THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE SALGADO, Appellant.

Submitted May 9, 2016; decided June 2, 2016

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, ex rel. SHALIEK CARTER, Appellant, v BRANDON J. SMITH, as Superintendent of Greene Correctional Facility, Respondent.

Submitted April 11, 2016; decided June 2, 2016

Motion for reconsideration of this Court's February 23, 2016 dismissal order denied [see 26 NY3d 1138 (2016)].

In the Matter of TERRY SANDERS, Appellant, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent.

Submitted March 14, 2016; decided June 2, 2016

Motion for leave to appeal from the Appellate Division order denying reconsideration etc. dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of TERRY SANDERS, Appellant, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent.

Submitted April 18, 2016; decided June 2, 2016

Motion to vacate this Court's September 2, 2015 dismissal order denied [see 26 NY3d 964 (2015)].